APRIL 27, 1995

No. 94–9047 (A–811). LACKEY v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending the District Court's consideration of petitioner's petition for writ of habeas corpus. Certiorari dismissed.

No. 94–9048 (A–812). CLISBY v. ALABAMA. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS, JUSTICE GINSBURG, and JUSTICE BREYER would grant the application for stay of execution.

APRIL 28, 1995

No. 94–8226. TAYLOR v. RILEY, SECRETARY OF EDUCATION. C. A. 10th Cir. Certiorari dismissed under this Court's Rule 46.

MAY 1, 1995

*Certiorari Granted—Vacated and Remanded*

No. 93–8487. EDWARDS v. UNITED STATES. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Lopez, ante,* p. 549.